**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
1550 Blue Jay Way, LLC, a Delaware, Limited Liability Company

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
47-4190276

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3991 MacArthur Blvd. Suite 125 Newport Beach, CA 92660 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Orange | Location of principal assets, if different from principal place of business |
| County | 1550 Bluejay Way, West Hollywood, CA 90069 |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **1550 Blue Jay Way, LLC, a Delaware, Limited Liability Company**  Case number (*if known*)
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

Debtor  **SEE ATTACHMENT**  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **1550 Blue Jay Way, LLC, a Delaware, Limited Liability Company**      Case number (*if known*)
Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name  _____
         Phone  _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **1550 Blue Jay Way, LLC, a Delaware, Limited Liability Company**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 22, 2016**
              MM / DD / YYYY

X **/s/ Jeffrey Yohai**
Signature of authorized representative of debtor

**Jeffrey Yohai**
Printed name

Title  **Managing Member**

**18. Signature of attorney**

X **/s/ Marc C. Forsythe**
Signature of attorney for debtor

Date **December 22, 2016**
     MM / DD / YYYY

**Marc C. Forsythe**
Printed name

**GOE & FORSYTHE, LLP**
Firm name

**18101 Von Karman Avenue
Suite 1200
Irvine, CA 92612-7127**
Number, Street, City, State & ZIP Code

Contact phone  **(949) 798-2460**    Email address

**153854**
Bar number and State

# 1550 Blue Jay Way, LLC – related bankrupty Petitions to be filed

**Debtor: 779 Stradella, LLC, a Delaware limited liability company**

Relationship: common ownership

District: Central District of California, Santa Ana Division

Date filed: 12/21/2016

Case Number: 8:16-bk-15156-CB

**Debtor: Mt. Yohai, LLC, a Delaware limited liability company**

Relationship: common ownership

District: Central District of California, Santa Ana Division

Date filed: 12/21/2016

Case Number: 8:16-bk-15157-CB

**Debtor: 2401 Nottingham, LLC, a California limited liability company**

Relationship: common ownership

District: Central District of California, Santa Ana Division

Date to be filed: 12/30/2016

Case Number: Unknown

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **1550 Blue Jay Way, LLC, a Delaware, Limited Liability Company** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Crest Real Estate, LLC**<br>11150 W. Olympic Blvd., Suite 700<br>Los Angeles, CA 90064 | | | | | | **$32,145.82** |
| **Feffer Geological Consulting**<br>1990 S Bundy Dr # 400<br>Los Angeles, CA 90025 | | | | | | **$5,795.99** |
| **James West Roofing & Waterproofing**<br>1742 Grand Avenue Suite 6<br>Long Beach, CA 90804 | | | | | | **$400.00** |
| **Monterey Energy Group, Inc.**<br>26465 Carmel Rancho Blvd. Suite 8<br>Carmel<br>Carmel, CA 93923 | | | | | | **$8,138.09** |
| **Parker Resnick**<br>1927 Pontius Avenue<br>Los Angeles, CA 90025 | | **Mechanic's Lien** | | | | **$12,000.00** |
| **Peak Surveys, Inc.**<br>2488 Townsgate Road<br>Suite D<br>Westlake Village, CA 91361-2898 | | | | | | **$4,241.89** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **1550 Blue Jay Way, LLC, a Delaware, Limited Liability Company**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Questar Pools and Spas** 600 S Andreasen Drive Suite C Escondido, CA 92029-1337 | | | | | | $6,400.00 |
| **Steve Opdahl Surveying** 187 E Wilbur Road Suite 4 Thousand Oaks, CA 91360 | | | | | | $5,100.00 |
| **Vantage Design Group** 2634 S La Cienega Blvd Los Angeles, CA 90034 | | | | | | $60,692.49 |

**Fill in this information to identify the case:**

Debtor name  **1550 Blue Jay Way, LLC, a Delaware, Limited Liability Company**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 22, 2016**    X **/s/ Jeffrey Yohai**
Signature of individual signing on behalf of debtor

**Jeffrey Yohai**
Printed name

**Managing Member**
Position or relationship to debtor

.

1550 Blue Jay Way, LLC, a Delaware, Limited Liability Com
3991 MacArthur Blvd.
Suite 125
Newport Beach, CA 92660


Marc C. Forsythe
GOE & FORSYTHE, LLP
18101 Von Karman Avenue
Suite 1200
Irvine, CA 92612-7127


California TD Specialists
8190 East Kaiser Road
Anaheim, CA 92808


Crest Real  Estate, LLC
11150 W. Olympic Blvd., Suite 700
Los Angeles, CA 90064


DJ Blue Jay Way, LLC
c/o The Management Group
8383 Wilshire Blvd. #400
Beverly Hills, CA 90211


Feffer Geological Consulting
1990 S Bundy Dr # 400
Los Angeles, CA 90025


Genesis Capital Master Fund III LLC
Attn: Yvonne Gruenberg
21650 Oxnard Street
Suite 1700
Woodland Hills, CA 91367


James West Roofing & Waterproofing
1742 Grand Avenue
Suite 6
Long Beach, CA 90804

Los Angeles County Tax Collector
PO Box 54018
Los Angeles, CA 90054-0018


Monterey Energy Group, Inc.
26465 Carmel Rancho Blvd.
Suite 8
Carmel
Carmel, CA 93923


Parker Resnick
1927 Pontius Avenue
Los Angeles, CA 90025


Peak Surveys, Inc.
2488 Townsgate Road
Suite D
Westlake Village, CA 91361-2898


Questar Pools and Spas
600 S Andreasen Drive
Suite C
Escondido, CA 92029-1337


RS Lending, Inc.
501 Second  Street
Suite 700
San Francisco, CA 94107


Steve Opdahl Surveying
187 E Wilbur Road
Suite 4
Thousand Oaks, CA 91360


Vantage Design Group
2634 S La Cienega Blvd
Los Angeles, CA 90034