Marc C. Forsythe - State Bar No. 153854
Donald W. Reid – State Bar No. 281743
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
dreid@goeforlaw.com
cmiller@goeforlaw.com

Telephone:   (949) 798-2460
Facsimile:    (949) 955-9437

Proposed Attorneys for 1550 Blue Jay Way, LLC
Debtor and Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>1550 BLUE JAY WAY, LLC, a Delaware limited liability company,<br><br>　　　　　Debtor and Debtor in Possession. | Case No. 8:16-bk-15171-CB<br><br>Chapter 11 Proceeding<br><br>**DEBTOR'S EVIDENTIARY OBJECTION TO DECLARATIONS OF JOHN DAY AND JEFFREY W. DULBERG FILED IN SUPPORT OF MOTION OF GENESIS CAPITAL FOR ORDER DISMISSING CHAPTER 11 CASE AND GRANTING RELATED RELIEF**<br><br>Hearing:<br>Date:　　　February 22, 2017<br>Time:　　　10:00 a.m.<br>Courtroom:　5D |

　　　Debtor and Debtor in Possession, 1550 BLUE JAY WAY, LLC, a Delaware limited liability company ("Debtor") hereby submits this Objection ("Objection") to the Declarations of John Day ("Day Declaration") and Jeffrey W. Dulberg ("Dulberg Declaration"), filed in support of Genesis Capital's *Motion for Order Dismissing Chapter 11 Case and Granting Related Relief* [Docket No. 40].

　　　Debtor objects to the Day Declaration as follows:

1

| Evidence Objected to: | Grounds for Objection: |
|---|---|
| Day Declaration, pages 15-16, ¶ 7:<br><br>"Based on documents and information provided to Genesis by Mr. Yohai as part of or related to the Loan Processes, Genesis is informed and believes that:<br>(i) Each real property (owned by the respective Affiliated Debtor) was acquired and is being held for development or sale by Mr. Yohai and/or his affiliates, and not for any other business purpose; and no other business is being conducted on these real properties, which generate substantially all of the gross income of the Affiliated Debtors;<br>(ii) Mr. Yohai is the sponsor and manager of, and ultimately controls, each of these four developments;<br>(iii) Mr. Yohai, through his underwriting related representations, principal sponsorship and executed guaranties in favor of Genesis, procured funding for each development from Genesis. Thus, the financing for the four developments of the Affiliated Debtors is substantively connected and intertwined (*e.g.,* Mr. Yohai guaranties, cross-defaults, *etc.*);<br>(iv) Mr. Yohai has been marketing for sale the residences built or to be built on the real properties as common developments materialized by Mr. Yohai and/or his affiliates. A true and correct copy of a marketing website page affiliated with Mr. Yohai (http://www.marinw.com/new-index-1/) is attached hereto as **Exhibit B**." | Lack of Foundation – FRE 901<br><br>Based on Inadmissible Hearsay – FRE 802<br><br>Lack of Personal Knowledge - FRE 602<br><br>Improper Legal Conclusion – 701 and 704<br><br>Improper Lay Opinion – 702, 703 and 705 |

Debtor objects to the Dulberg Declaration as follows:

| Evidence Objected to: | Grounds for Objection: |
|---|---|
| Dulberg Declaration, page 18, ¶ 5:<br><br>"Subsequent to the Affiliated Cases filings, the Debtor engaged in bad faith stonewalling and other dilatory conduct, to drag the cases along at Genesis' expense. In particular, promptly following the filing of the cases, on December 28, 2016, I reached out to counsel for the Debtors in an effort to begin a dialogue. Rather than Mr. Yohai, however, the Debtor's counsel informed me that Mr. Matthew Browndorf of Wilson Keadjian Browndorf LLP, a New York based attorney with no apparent connection to the Debtors, would be the Debtor's representative for any negotiations." | Irrelevant – FRE 402<br><br>Based on Inadmissible Hearsay – FRE 802<br><br>Lack of Personal Knowledge -  FRE 602<br><br>Inadmissible Settlement Discussions –FRE 408 |
| Dulberg Declaration, page 18, ¶ 6:<br><br>"Naturally, I was surprised to learn that an outside party who had yet to seek Court approval to represent Debtor – and still has not – would be speaking for the Debtor. I inquired of Messrs. Forsythe and Browndorf specifically as to the "bona fides" of Mr. Browndorf – *did he have specific authority to speak for the Debtors, not to mention, authority to bind them?* Messrs. Browndorf and Forsythe repeatedly assured me that Mr. Browndorf was so authorized although they were unable or unwilling to produce anything in writing to this effect." | Irrelevant – FRE 402<br><br>Based on Inadmissible Hearsay – FRE 802<br><br>Lack of Personal Knowledge -  FRE 602<br><br>Inadmissible Settlement Discussions –FRE 408 |
| Dulberg Declaration, pages 18-19, ¶ 7:<br><br>"Nonetheless, I proceeded in the utmost good faith to engage in discussions with Mr. Browndorf. For approximately two weeks, through January 13, 2017, I engaged in settlement discussions with Mr. Browndorf with respect to each of the Debtors. Although led to believe that Mr. Browndorf had the authority to negotiate for the Debtors in good faith, as it turned out, this was untrue. After devoting many hours to negotiations, some two weeks after Mr. Browndorf initiated the discussions, I came to | Irrelevant – FRE 402<br><br>Based on Inadmissible Hearsay – FRE 802<br><br>Lack of Personal Knowledge -  FRE 602<br><br>Inadmissible Settlement Discussions –FRE 408 |

1
2
3
4
5
6
7
8
9

> learn (a) Mr. Yohai had not authorized Mr. Browndorf to represent, much less bind, him or the Debtors and (b) Mr. Yohai "vehemently" disagreed with Mr. Browndorf's assessment of certain of the Debtors' properties and would not honor the tentative agreement reached with respect to 2401 Nottingham.  Despite this regretful turn of events, I persisted in good faith to attempt to continue negotiations with the Debtors through Mr. Forsythe.  I was assured by Mr. Forsythe that the Debtors would "pick up the pieces" and re-start a good faith discussion; on the contrary, neither Mr. Forsythe nor Mr. Yohai have been heard from since."

10
11
12
13
 Dated:  February 8, 2017

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully Submitted by

**GOE & FORSYTHE, LLP**


By:  /s/Marc C. Forsythe_____
     Marc C. Forsythe
     Proposed attorneys for Debtor

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S EVIDENTIARY OBJECTION TO DECLARATIONS OF JOHN DAY AND JEFFREY W. DULBERG FILED IN SUPPORT OF MOTION OF GENESIS CAPITAL FOR ORDER DISMISSING CHAPTER 11 CASE AND GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 8, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Donald W Fitzgerald    dfitzgerald@ffwplaw.com, shoang@ffwplaw.com
- Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- Michael J Hauser    michael.hauser@usdoj.gov
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) February 8, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 8, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Catherine Bauer, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 8, 2017 | Kerry A. Murphy | /s/Kerry A. Murphy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |