Marc C. Forsythe - State Bar No. 153854
Charity J. Miller – State Bar No. 286481
**GOE & FORSYTHE, LLP**
18101 Von Karman Avenue, Suite 1200
Irvine, CA 92612
mforsythe@goeforlaw.com
cmiller@goeforlaw.com
Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for 1550 Blue Jay Way, LLC
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>1550 BLUEJAY WAY, LLC, a Delaware limited liability company,<br><br>    Debtor and Debtor in Possession. | Case No. 8:16-BK-15171-CB<br><br>Chapter 11 Proceeding<br><br>**DEBTOR'S (1) UPDATED CHAPTER 11 STATUS REPORT AND (2) SUPPLEMENTAL OPPOSITION TO MOTION FOR ORDER DISMISSING CHAPTER 11 CASE, AND GRANTING RELATED RELIEF**<br><br>Hearing:<br>Date:          May 10, 2017<br>Time:         10:00 a.m.<br>Courtroom:  5D |

**TO THE HONORABLE CATHERINE BAUER, UNITED STATES BANKRUPTCY JUDGE, AND THE UNITED STATES TRUSTEE:**

Debtor and Debtor in Possession, 1550 BLUE JAY WAY, LLC, ("Debtor") hereby files its (1) Updated Chapter 11 Status Conference Report, and (2) Supplemental Opposition ("Opposition") to the Motion Of Genesis Capital ("Genesis') For Relief From Automatic Stay Under 11 U.S.C. § 362 Or, Alternatively, Motion For Order Dismissing Chapter 11 Case, And Granting Related Relief ("Motion") [Docket No. 40].  Debtor filed its Chapter 11 proceeding on December 22, 2016.

/ / /

1

### A.    Updated Status Report

Debtor has retained a broker to sell its real property located at 1550 Blue Jay Way, Los Angeles, CA 90069 (the "Property"). The application to employ Douglas Elliman of California, Inc. ("DE" or "Broker") as Debtor's exclusive real estate broker to market and sell the Property was filed on March 31, 2017 [Docket No. 68], with no objection to such application filed. Debtor has submitted a declaration re no objection [Docket No. 73], and has lodged the Order to approve such employment [Docket No. 74]. The Broker's listing expires on September 13, 2017.

Unlike the In re 779 Stradella, LLC (Case No. 8:16-bk-15156-CB (the "Stradella Bankruptcy Case")) and In re Mt Yohai, LLC (Case No. 8:16-bk-15157-CB (the "Mt Yohai Bankruptcy Case")) bankruptcy cases, Debtor has been unable, to date, to attract an investor or take out financing. Therefore, Debtor is negotiating with Genesis to allow Broker up to September 13, 2017 to close or present an offer to purchase that will payoff Genesis, or Debtor will consent to the dismissal of this bankruptcy case to allow Genesis to pursue its state law rights. If Debtor is unable to consummate a deal with Genesis prior to the May 10, 2017 hearing to allow for Debtor to try to sell the Property, Debtor will submit a disclosure statement and plan of reorganization that will seek approval of the same liquidation plan. Lastly, Debtor will ask the Court at the May 10, 2017 hearing to set a claims bar date in the event that the proceeds from the sale of the Property exceed the allowed secured claims.

### B.    Supplemental Response to the Motion

The Genesis Motion argues that (1) Debtor is a SARE; (2) cause for dismissal exists because a 3rd party, who Debtor has entered into term sheets with in the Stradella Bankruptcy Case and Mt Yohai Bankruptcy Case, negotiated in bad faith with Genesis prior to the February 1, 2017 and (3) cause for dismissal exists because Debtor was not in compliance with the U.S.T. requirements.

Debtor has no further argument or evidence that has not already been presented prior to the February 22, 2017 hearing on the Motion in relation to its position that Debtor is not a SARE debtor. The retention of the Broker and the term sheets entered into in the Stradella Bankruptcy

2

1  Case and Mt Yohai Bankruptcy Case are evidence that Debtor[1] has not negotiated in bad faith and
2  is moving forward with a proposed conclusion to its bankruptcy case no later than September 13,
3  2017, if a sale of the Property or refinancing of the Genesis debt cannot be consummated.  Debtor
4  will continue to explore refinance options (or a deal similar to those entered into in the Stradella
5  Bankruptcy Case and Mt Yohai Bankruptcy Case) while the Property is marketed for sale by the
6  Broker.  Lastly, Debtor believes it is in compliance with all U.S.T. requirements, and has not
7  received any notification from the U.S.T. to the contrary since the February 22, 2017 hearing on
8  the Motion.

### C. Conclusion

Based on the arguments and evidence presented herein, the pleadings and declarations incorporated herein, Debtor respectfully requests that the Motion to Dismiss be denied.

Dated:  April 26, 2017                               Respectfully Submitted by

**GOE & FORSYTHE, LLP**

By: /s/Marc C. Forsythe_____
    Marc C. Forsythe
    Attorneys for Debtor 1550 BLUE JAY
    WAY, LLC

---

[1] As argued in its Opposition filed prior to the February 22, 2017 hearing, Genesis accused the 3rd party, and not the Debtor, of negotiating in bad faith, and Debtor argued that alleged bad faith negotiations by a 3rd party could not be used as evidence against the Debtor as cause for dismissal.

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 18101 Von Karman Avenue, Suite 1200, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S (1) UPDATED CHAPTER 11 STATUS REPORT AND (2) SUPPLEMENTAL OPPOSITION TO MOTION FOR ORDER DISMISSING CHAPTER 11 CASE, AND GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 26, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com**
- **Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com**
- **Jeffrey W Dulberg    jdulberg@pszjlaw.com**
- **Donald W Fitzgerald    dfitzgerald@ffwplaw.com, shoang@ffwplaw.com**
- **Marc C Forsythe    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com**
- **Michael J Hauser    michael.hauser@usdoj.gov**
- **James Andrew Hinds    jhinds@jhindslaw.com, zbilowit@jhindslaw.com**
- **Kambiz J Shabani    joseph@shabanipartners.com, kevin@shabanipartners.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 26, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: (state the method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 26, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Honorable Catherine Bauer, USBC, 411 West Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 26, 2017 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |