Brian L. Davidoff, SBN 102654
BDavidoff@GreenbergGlusker.com
Keith Patrick Banner, SBN 259502
KBanner@GreenbergGlusker.com
Greenberg Glusker Fields Claman
& Machtinger LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Tel: 310-553-3610
Fax: 310-553-0687

Attorneys for DJ Blue Jay Way, LLC

**FILED & ENTERED**

**JUL 28 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** firman    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

In re:

1550 BLUE JAY WAY, LLC, a Delaware limited liability company,

        Debtor.

Case No. 8:16-bk-15171-CB

Chapter 11

**ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7**

Hearing
Date:     July 26, 2017
Time:    10:00 a.m.
Courtroom: 5D
Address:   411 West Fourth Street
                  Santa Ana, CA 92701

     A hearing was held on July 26, 2017, at 10:00 a.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth St., Santa Ana, CA, on Creditor DJ Blue Jay Way, LLC's Motion to Convert Chapter 11 Case to Chapter 7 filed July 7, 2017 as Docket #93 ("Motion").  Appearances were made as noted on the record.

//

//

//

The Court having read and considered the Motion, heard the statements of counsel, noted the lack of opposition and with good cause shown,

IT IS ORDERED:

1. The Motion is granted and this case is converted to chapter 7 pursuant to section 1112(b) of the Bankruptcy Code.
2. The United States Trustee is directed to appoint a chapter 7 trustee.
3. Debtor shall comply with Bankruptcy Rule 1019(5).

###

Date: July 28, 2017

Catherine Bauer
United States Bankruptcy Judge