Karen Sue Naylor, Chapter 7 Trustee
P.O. Box 504
Santa Ana, CA 92702-0504
knaylor@burd-naylor.com
Telephone: (714) 708-3900
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In Re: | Case No.: 8:16-bk-15171-CB |
| 1550 BLUE JAY WAY, LLC, A | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtors(s) | |

TO THE ABOVE NAMED DEBTOR(S), THE ATTORNEY OF RECORD, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. § 341(a) in the above-entitled matter was continued to October 4, 2017 at 11:45 AM at Location: RM 3-110, 411 W Fourth St., Santa Ana, CA 92701, for the reason set forth below:

Debtor Non Appearance

ALL APPEARANCES ARE MANDATORY UNLESS EXCUSED BY THIS OFFICE PRIOR TO THE HEARING. FAILURE TO APPEAR MAY RESULT IN YOUR CASE BEING DISMISSED.

ALL DOCUMENTS ARE DUE A MINIMUM OF SEVEN DAYS BEFORE THE CONTINUED MEETING.

/s/ Karen Sue Naylor
/s/ Karen Naylor, TRUSTEE

I certify that I served the within notice on the above debtor(s), debtor's counsel of record, if any, on August 30, 2017

/s/ Alane Canzone
Alane Canzone