1  Richard M. Pachulski (SBN 90073)
   Jeffrey W. Dulberg (SBN 181200)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, CA  90067
   Tel: 310.277.6910
4  Fax: 310.201.0760
   Email: rpachulski@pszjlaw.com
5          jdulberg@pszjlaw.com

6  Attorneys for Genesis Capital, LLC

7

8

9                    **UNITED STATES BANKRUPTCY COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11                        **SANTA ANA DIVISION**

12  In re:                                    Case No.: 8:16-bk-15171-CB

13  1550 Blue Jay Way, LLC, a Delaware limited    Chapter 7
    liability company,

14                                             **MARY DE LEON DECLARATION RE
                                               SERVICE OF ENTERED ORDER**
15          Debtor.                            **GRANTING APPLICATION AND
                                               SETTING HEARING ON SHORTENED**
16                                             **NOTICE RE MOTION FOR RELIEF
                                               FROM STAY**
17
                                               **[Related to Docket No. 146]**
18
                                               **Hearing Date:**
19                                             Date:    December 13, 2017
                                               Time:    11:00 a.m.
20                                             Place:   Courtroom 5D
                                                        U.S. Bankruptcy Court
21                                                      411 West Fourth Street
                                                        Santa Ana, CA  92701
22
                                               Judge:   Hon. Catherine E. Bauer
23

24          I, Mary de Leon, declare:

25          1.      I am employed in the city and county of Los Angeles, State of California.  I am over

26  the age of 18 and not a party to the within action; my business address is 10100 Santa Monica

27  Boulevard, 13th Floor, Los Angeles, California.

28

1

DOCS_LA:310960.1 30599/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    2.    On December 7, 2017, I served the **ORDER GRANTING APPLICATION AND**

2  **SETTING HEARING ON SHORTENED NOTICE** [Docket No. 146] via email or facsimile as

3  indicated on the attached service list.

4    I declare under penalty of perjury under the United States of America, that the foregoing is

5  true and correct.

6    Executed on December 7, 2017, at Los Angeles, California.

7

8    */s/ Mary de Leon*
     Mary de Leon

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

DOCS_LA:310960.1 30599/001

**SERVICE LIST**

**VIA EMAIL:**

kbanner@greenbergglusker.com; sharper@greenbergglusker.com; wmburd@burd-naylor.com; mcrouch@burd-naylor.com; bdavidoff@greenbergglusker.com; jking@greenbergglusker.com; dfitzgerald@ffwplaw.com; shoang@ffwplaw.com; kmurphy@goeforlaw.com; mforsythe@goeforlaw.com; goeforecf@gmail.com; michael.hauser@usdoj.gov; jhinds@jhindslaw.com; mduran@jhindslaw.com; acanzone@burd-naylor.com; knaylor@ecf.epiqsystems.com; knaylor@IQ7technology.com; joseph@shabanipartners.com; kevin@shabanipartners.com; pshankman@jhindslaw.com; mduran@jhindslaw.com; rsposato@jhindslaw.com; mduran@jhindslaw.com

**VIA FACSIMILE:**

U.S. Trustee
411 W. Fourth Street, Suite 7160
Santa Ana, CA  92701
Facsimile:  (714) 338-3421

Michael J. Hauser
U.S. Trustee's Office
411 W. Fourth Street, Suite 7160
Santa Ana, CA  92701
Facsimile:  (714) 338-3421

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

3

DOCS_LA:310960.1 30599/001